## Commonwealth *v.* Johnson, Appellant.

Submitted November 11, 1974. *Stephen H. Hutzelman,* for appellant; *Robert H. Chase,* Assistant District Attorney, *Bernard L. Siegel,* First Assistant District Attorney, and *R. Gordon Kennedy,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Jones, Appellant.

Submitted September 9, 1974. *John Meyers* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *Isador Kranzel, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.